Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RODNEY SHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-CR-00223 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| RODNEY SHEAD, et. al. | DATE: October 28, 2011 |
| Defendants. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference for defendant Rodney Shead, scheduled for October 28, 2011, may be continued to November 4, 2011, at 9:00 a.m. The parties appear to be very close to a resolution and the Government is preparing a plea agreement. As a result, once the plea agreement is drafted, the defense needs additional time to review the proposed plea agreement with defendant Shead and negotiate any final changes. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy

1

Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The Government has authorized the defense counsel for Rodney Shead to sign this stipulation on his behalf.

DATED: October 25, 2011  BENJAMIN B. WAGNER
United States Attorney

by /s/ Scott N. Cameron, for
Todd Leras
Assistant U.S. Attorney

DATED: October 25, 2011  by /s/ Scott N. Cameron
Scott N. Cameron
Attorney for RODNEY SHEAD

**ORDER**

Good cause appearing,

The status conference, scheduled for October 28, 2011, is continued to November 4, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: October 25, 2011

GARLAND E. BURRELL, JR
United States District Judge

2