Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RODNEY SHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 09-CR-00223 GEB |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE AND** |
| | ) **EXCLUDING TIME** |
| RODNEY SHEAD, et. al. | ) |
| Defendants. | ) DATE: November 4, 2011 |
| | ) TIME: 9:00 a.m. |
| _____ | ) COURT: Hon. Garland E. Burrell, Jr. |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference for defendant Rodney Shead, scheduled for November 4, 2011, may be continued to December 2, 2011, at 9:00 a.m. The parties are attempting to resolve the case and need additional time to research and exchange information regarding the applicable sentencing guidelines and other matters relating to the factual basis for the proposed plea agreement. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation,

1

pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The Government has authorized the defense counsel for Rodney Shead to sign this stipulation on his behalf.

DATED: November 2, 2011      BENJAMIN B. WAGNER
                             United States Attorney

                        by   /s/ Scott N. Cameron, for
                             Todd Leras
                             Assistant U.S. Attorney


DATED: November 2, 2011  by  /s/ Scott N. Cameron
                             Scott N. Cameron
                             Attorney for RODNEY SHEAD

**ORDER**

Good cause appearing,

The status conference, scheduled for November 4, 2011, is continued to December 2, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

Dated: November 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2