DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-223-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| KHAMALE KEOVILAY, et al., ) | DATE: January 27, 2012 |
| ) | TIME: 9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Garland E. Burrell |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for December 2, 2011, be continued to a status conference on Friday, January 27, 2012, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C.

```
1    §3161(h)(7)(A)).
2        Speedy trial time is to be excluded from the date of this order
3    through the date of the status conference set for January 27, 2012,
4    pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
5    (Local Code T4).
6    DATED: November 29, 2011
7                                        Respectfully submitted,
8                                        DANIEL J. BRODERICK
                                         Federal Defender
9
                                         /s/ Dennis S. Waks
10                                       _____
                                         DENNIS S. WAKS
11                                       Supervising Assistant Federal Defender
                                         Attorney for Defendant
12                                       KHAMALE KEOVILAY
13
14   DATED: November 29, 2011
                                         BENJAMIN B. WAGNER
15                                       United States Attorney
16
                                         /s/ Dennis S. Waks for
17                                       _____
                                         TODD D. LERAS
18                                       Assistant U.S. Attorney
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /
```

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including January 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for January 27, 2012, at 9:00 a.m..

Dated: November 30, 2011

GARLAND E. BURRELL, JR.
United States District Judge