1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )  Cr.S. 09-223-GEB
           Plaintiff,            )
                                 )  **STIPULATION AND ORDER**
      v.                         )
                                 )
KHAMALE KEOVILAY, et al.,        )  DATE: May 25, 2012
                                 )  TIME: 9:00 a.m.
           Defendants.           )  JUDGE: Hon. Garland E. Burrell
                                 )
_____)

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for May 25, 2012, be continued to a status conference on Friday, August 10, 2012, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C.

§3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 10, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 23, 2012

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                    /s/ Dennis S. Waks
                    _____
                    DENNIS S. WAKS
                    Supervising Assistant Federal Defender
                    Attorney for Defendant
                    KHAMALE KEOVILAY

DATED: May 23, 2012

                    BENJAMIN B. WAGNER
                    United States Attorney

                    /s/ Dennis S. Waks for
                    _____
                    TODD D. LERAS
                    Assistant U.S. Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including August 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for August 10, 2012, at 9:00 a.m..

Dated: May 24, 2012

GARLAND E. BURRELL, JR.
United States District Judge