1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   KHAMLE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Cr.S. 09-223-GEB
            Plaintiff,           )
                                )   **STIPULATION AND ORDER**
      v.                         )
                                )
KHAMLE KEOVILAY, et al.,         )   DATE: November 2, 2012
                                )   TIME: 9:00 a.m.
            Defendant.           )   JUDGE: Hon. Garland E. Burrell
                                )
_____  )

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for September 14, 2012, be continued to a status conference on Friday, November 2, 2012, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C.

§3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 2, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 12, 2012

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Dennis S. Waks
                                       _____
                                       DENNIS S. WAKS
                                       Supervising Assistant Federal Defender
                                       Attorney for Defendant
                                       KHAMLE KEOVILAY

DATED: September 12, 2012
                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Dennis S. Waks for
                                       _____
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including November 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for November 2, 2012, at 9:00 a.m..

Dated: September 13, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge