DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
KHAMLE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KHAMLE KEOVILAY, et al., <br> Defendant. | Cr.S. 09-223-GEB <br> **STIPULATION AND ORDER** <br> DATE: March 15, 2013 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, that the status conference set for February 15, 2013, be continued to a status conference on Friday, March 15, 2013, at 9:00 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 15, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 11, 2013

Respectfully submitted,

/s/ Dennis S. Waks
———————————————
DENNIS S. WAKS
Attorney for Defendant
KHAMLE KEOVILAY

DATED: February 11, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
———————————————
TODD D. LERAS
Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the

stipulation through and including March 15, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for March 15, 2013, at 9:00 a.m..

Dated:   February 12, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3