```
1  Dennis S. Waks, Bar #142581
   455 Capitol Mall, Suite 350
2  Sacramento, California  95814
   Telephone (916) 498-9871
3

4  Attorney for Defendant
   KHAMLE KEOVILAY
5
                    IN THE UNITED STATES DISTRICT COURT
6
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,    )
9                               )    Cr.S. 09-223-GEB
              Plaintiff,        )
10                              )    **STIPULATION AND ORDER**
         v.                     )
11                              )
   KHAMLE KEOVILAY, et al.,     )    DATE:  May 3, 2013
12                              )    TIME:  9:00 a.m.
              Defendant.        )    JUDGE: Hon. Garland E. Burrell
13                              )
   _____    )
14
```

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Attorney at Law, that the status conference set for March 15, 2013, be continued to a status conference on May 3, 2013, at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The defendant has received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 3, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 13, 2013

Respectfully submitted,

/s/ Dennis S. Waks
-------------------------
DENNIS S. WAKS
**Attorney for Defendant**
KHAMLE KEOVILAY

DATED: March 13, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
-------------------------
TODD D. LERAS
Assistant U.S. Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including May 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for May 3, 2013, at 9:00 a.m..

Dated: March 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge