BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA      ) CR. NO. 2:09-cr-0223 TLN
                              )
              Plaintiff,      )
                              ) STIPULATION AND ORDER
       v.                     ) CONTINUING STATUS CONFERENCE
                              )
KHAMALE KEOVILAY,             )
                              )
              Defendant.      )
_____)

     The United States of America, through Assistant United States

Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of

Khamale Keovilay stipulate and agree to set this matter for a Status

Conference on June 6, 2013, at 9:30 a.m.

     On April 4, 2013, the Honorable Morrison C. England, Jr., Chief

Judge for the United States District Court, Eastern District of

California, issued an Order reassigning this case to newly-appointed

United States District Court Judge Troy L. Nunley.  The matter had

previously been assigned to United States District Judge Garland E.

Burrell, Jr.  This case is closely related to an alleged drug

distribution conspiracy discovered during the course of court-

1

authorized wiretaps (Case No. 2:09-cr-222 TLN).  The discovery in
both matters is voluminous.  The government has proposed resolution
of this matter along with the closely related case.  Defense counsel
needs additional time to review the proposal with his client.  The
additional time is therefore needed for attorney preparation and
continuity of counsel.  Both parties request that time be excluded
pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney
preparation and continuity of counsel).  The parties agree to an
exclusion of time for the reasons stated above for the period from
May 3, 2013 up to and including June 6, 2013.

Dennis Waks has authorized Assistant U.S. Attorney Todd Leras
to sign this stipulation on his behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 2, 2013            By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney


DATED: May 3, 2013            By: /s/ Todd D. Leras for
                                  DENNIS WAKS
                                  Attorney for Defendant
                                  KHAMALE KEOVILAY

2

**ORDER**

A status conference is set in this matter for June 6, 2013, at 9:30 a.m. Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from May 3, 2013 to June 6, 2013.

DATED: May 8, 2013

Troy L. Nunley
United States District Judge