BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KHAMALE KEOVILAY, <br><br> Defendant. | NO. 2:09-cr-0223 TLN <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

The United States of America, through Assistant United States Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of Khamale Keovilay stipulate and agree to continue the Status Conference in this matter to July 11, 2013, at 9:30 a.m.

This case is closely related to an alleged drug distribution conspiracy discovered during the course of court-authorized wiretaps (Case No. 2:09-cr-222 TLN). The discovery in both matters is voluminous. The government has proposed resolution of this matter along with the closely related case. Defense counsel has met and conferred with government counsel regarding suggested changes to the proposed resolution. In the event modifications are adopted,

1

defense counsel will need additional time to review the revised proposal with his client. The additional time is therefore needed for attorney preparation and continuity of counsel. Both parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above for the period from June 20, 2013 up to and including July 11, 2013.

Dennis Waks has authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on his behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 18, 2013    By: /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

DATED: June 18, 2013    By: /s/ Todd D. Leras for
DENNIS WAKS
Attorney for Defendant
KHAMALE KEOVILAY

2

**ORDER**

A status conference is set in this matter for July 11, 2013, at 9:30 a.m. Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from June 20, 2013 to July 11, 2013.

DATED: June 19, 2013

Troy L. Nunley
United States District Judge