```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA    ) CR. NO. 2:09-cr-0223 TLN
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER
13       v.                     ) CONTINUING STATUS CONFERENCE
                                )
14  KHAMALE KEOVILAY,           )
                                )
15              Defendant.      )
                                )
16  _____)
17
```

18       The United States of America, through Assistant United States
19  Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of
20  Khamale Keovilay stipulate and agree to continue the Status
21  Conference in this matter to August 15, 2013, at 9:30 a.m.
22       This case is closely related to an alleged drug distribution
23  conspiracy discovered during the course of court-authorized wiretaps
24  (Case No. 2:09-cr-222 TLN). The discovery in both matters is
25  voluminous. The government has proposed resolution of this matter
26  along with the closely related case. Defense counsel continues to
27  meet and confer with government counsel regarding suggested changes
28  to the proposed resolution. One of the proposed modifications

                                 1

relates to a request that the government consider various matters related to the potential immigration consequences of the proposed resolution. Defense counsel is consulting with an immigration law specialist to discuss this matter and engage in further discussions with the government regarding resolution of the matter.

The continuance is therefore requested for attorney preparation and continuity of counsel. Both parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above for the period from July 11, 2013 up to and including August 15, 2013.

Dennis Waks has authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on his behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 9, 2013    By: /s/ Todd D. Leras
                       TODD D. LERAS
                       Assistant U.S. Attorney

DATED: July 9, 2013    By: /s/ Todd D. Leras for
                       DENNIS WAKS
                       Attorney for Defendant
                       KHAMALE KEOVILAY

**ORDER**

A status conference is set in this matter for August 15, 2013, at 9:30 a.m. Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from July 11, 2013 to August 15, 2013.

DATED: July 10, 2013

Troy L. Nunley
United States District Judge