```
 1  DENNIS S. WAKS, BAR #142581
    Attorney at Law
 2  455 Capitol Mall, Suite 350
    Sacramento, California 95814
 3  Telephone: (916) 498-9871

 4  Attorney for Defendant
    KHAMLE KEOVILAY
 5
                    IN THE UNITED STATES DISTRICT COURT
 6
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 7

 8
    UNITED STATES OF AMERICA,       )
 9                                  )   CR. S-09-223-TLN
               Plaintiff,           )
10                                  )   STIPULATION AND ORDER
         v.                         )
11                                  )
    KHAMLE KEOVILAY,                )   DATE: September 19, 2013
12                                  )   TIME: 9:30 a.m.
               Defendant.           )   JUDGE: Hon. TROY L. NUNLEY
13                                  )
    _____     )
14
```

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, and defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, that the status conference set for August 15, 2013, be continued to a status conference on Thursday, September 19, 2013, at 9:30 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 19, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 12, 2013

                Respectfully submitted,

                /s/ Dennis S. Waks

                DENNIS S. WAKS
                Attorney for Defendant
                KHAMLE KEOVILAY

DATED: August 12, 2013
                BENJAMIN B. WAGNER
                United States Attorney

                /s/ Dennis S. Waks for

                TODD D. LERAS
                Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the

stipulation through and including September 19, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for September 19, 2013, at 9:30 a.m.

DATED: August 13, 2013

_____
Troy L. Nunley
United States District Judge